IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY GIBSON,

        Plaintiff,                       No. CIV S-10-2404 EFB P

    vs.

HAWKINS, et. al.,

        Defendants.          <u>ORDER</u>

                                /

       The court, by separate order, has found plaintiff's complaint, filed on September 8, 2010, appropriate for service. Plaintiff also filed a motion for a preliminary injunction on September 8, 2010. He states in his complaint and motion for a preliminary injunction that he has been denied treatment and pain medication for his degenerative disc disease. He further states that if he does not receive treatment he is likely to suffer nerve damage, as his condition is becoming progressively worse.

       Accordingly, it is hereby ORDERED that:

       1. Defendants have fourteen (14) days to respond to plaintiff's motion for a preliminary injunction.

       2. The Clerk of the Court is directed to serve a copy of the original complaint (Dckt. No. 1), the motion for a preliminary injunction (Dckt. No. 2), supporting documents (Dckt. Nos. 3, 4)

1

and a copy of this order upon Monica Anderson, Supervising Deputy Attorney General.

    3.  In addition, the Clerk of the Court is directed to mail a copy of the original complaint (Dckt. No. 1), the motion for a preliminary injunction (Dckt. No. 2), supporting documents (Dckt. Nos. 3, 4) and a copy of this order to the litigation coordinator at Mule Creek State Prison.

Dated: October 26, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE