IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY GIBSON,<br><br>  Plaintiff,<br><br>  v.<br><br>HAWKINS, et al.,<br><br>  Defendants. | Case No. 2:10-CV-2404 EFB P<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO DEPOSE PLAINTIFF AND FILE MOTION TO COMPEL, IF NECESSARY |

Defendants' first request for an extension of time to depose Plaintiff and file a motion to compel, if necessary, was considered by this Court and, good cause appearing,

**IT IS ORDERED** that Defendants have a forty-five day extension, until August 8, 2011, to depose Plaintiff and file a motion to compel, if necessary, for the deposition and the production of requested documents.

Dated:  July 5, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order EOT Depose Pl. & File Mot. Compel (2:10-CV-2404 EFB P)