IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY GIBSON,

      Plaintiff,                      No. CIV S-10-2404 EFB P

    vs.

HAWKINS, et al.,

      Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently pending is a document filed on July 19, 2011, in which plaintiff requests that this action be dismissed. As explained below, the court construes this as a notice of voluntary dismissal and provides the opportunity for defendants to stipulate to dismissal without prejudice.

       The Federal Rules of Civil Procedure govern voluntary dismissal. *See* Fed. R. Civ. P. 41(a). Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

    (I)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)   a stipulation of dismissal signed by all parties who have appeared.

1  Fed. R. Civ. P. 41(a)(1)(A).

2      On January 21, 2011, the defendants filed an answer to the complaint.  Thereafter, the
3  court issued a discovery and scheduling order.  On July 19, 2011, plaintiff filed a notice of
4  voluntary dismissal.  However, since defendants have answered, plaintiff cannot voluntarily
5  dismiss it without the defendants' consent.  Thus, the defendants must have an opportunity to
6  consent to the dismissal.

7      Accordingly, it is ORDERED that within 14 days of the date of this order, defendants
8  may file and serve a document consenting to dismissal of this action without prejudice pursuant
9  to Rule 41(a)(1)(A)(ii).  Should defendants file their consent, the court will construe the consent
10 and the instant filing together as a stipulation for voluntary dismissal without prejudice pursuant
11 to Rule 41(a)(1)(A)(ii).

12 DATED:  July 25, 2011.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

2