IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY GIBSON,

      Plaintiff,                    No. CIV S-10-2404 EFB P

     vs.

HAWKINS, et al.,

      Defendants.            <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has notified the Clerk of the Court of his intent to voluntarily dismiss this action. Dckt. No. 42. Defendants have joined in the request. Dckt. No. 44.

     An action may be dismissed "by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The court finds the parties' filings constitute that stipulation and the Clerk is directed to close the case.

DATED: September 15, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE